IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DENISE MILLER,                          *
                                        *
              Plaintiff,                *
                                        *
      vs.                               *        Civil Action No.  ADC-18-2538
                                        *
TRIDENT ASSET MANAGEMENT, *et al.*,     *
                                        *
              Defendants.               *
                                        *

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

In accordance with the accompanying Memorandum Opinion, it is this _18th_ day of

September, 2019, by the United States District Court for the District of Maryland, **ORDERED** as

follows:

1.    Defendant's Motion for Summary Judgment (ECF No. 127) is hereby **GRANTED;**

2.    In the alternative, as to Defendant Trident Asset Mangement, LLC., Plaintiff's Complaint

      is **DISMISSED with prejudice**;

3.    Defendant's Motion for Leave to Submit Audio Recording as Exhibit 9 to Its Motion for

Summary Judgment (ECF No. 129) is hereby **DISMISSED** as moot;

4.    The Motion to Strike Exhibits (ECF N0. 139) is **GRANTED**.

5.    The Clerk shall transmit copies of the foregoing Memorandum Opinion and Order to

counsel of record.


A. David Copperthite
United States Magistrate Judge